COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Annette Douglas v. Anthony J. Douglas

Appellate case number:    01-10-00477-CV

Trial court case number:  2009-68489

Trial court:              310th District Court of Harris County

This case involves an appeal from a judgment signed on May 4, 2010. The record was due on July 5, 2010. *See* TEX. R. APP. P. 4.1(a), 35.1. The clerk's record was filed on October 4, 2012. The reporter's record has not been filed.

On June 30, 2010, the court reporter responsible for preparing the record in this appeal informed the Court that appellant had not made arrangements to pay for the reporter's record. On August 6, 2012, this Court affirmed the trial court's order sustaining a contest to appellant's affidavit of indigence and ordered appellant to provide proof of having paid or made payment arrangements for preparation of the reporter's record by September 5, 2012, or the Court would consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant has not provided the Court with evidence showing that she has paid or made arrangements to pay the court reporter. Accordingly, the Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See id*.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ <u>Justice James Sharp, Jr.</u>
                 ☑   Acting individually    ☐  Acting for the Court

Date: October 24, 2012